IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DORIAN JACKSON and TAMIKA JACKSON**<br><br>v.<br><br>**HOME DEPOT U.S.A. INC.** | **CIVIL ACTION**<br><br>NO. 20-6434 |

**O R D E R**

**AND NOW**, this 17th day of February, 2021, upon review of Plaintiffs' Corrected Motion for Remand (ECF 8) and Defendant's Opposition thereto (ECF 9), and for the reasons and authorities cited in <u>Sultan v. AIG Casualty Insurance</u>, No. 20-935, 2020 WL 4584174 (E.D. Pa. Aug. 10, 2020) (Schiller, J.), Plaintiffs' Corrected Motion for Remand is DENIED.

Plaintiffs' Initial Motion for Remand (ECF 7) is also DENIED as MOOT.

BY THE COURT:

s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 20\20-6434 Jackson v. Home Depot\20cv6434 order denying motion for remand 02102021.docx